FILED

MAR - 6 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
) **4:19CR190 SNLJ/JMB**
RICARDO BATES, )
)
Defendant. )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about February 19, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**RICARDO BATES,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule I narcotic controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney